IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRELL SMEDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:12-cv-0312-MEF |
| ) | WO |
| STATE OF ALABAMA, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objections (Docs. #9 & #10) to the Recommendation of the Magistrate Judge—filed on May 21 and 22, 2012, respectively—are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #8) entered on May 14, 2012 is adopted;

3. That this action is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B), as plaintiff's claims against the State of Alabama are barred by the Eleventh Amendment.

DONE this the 29th day of May, 2012.

                          /s/ Mark E. Fuller
                    UNITED STATES DISTRICT JUDGE